IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GERALD DIGIACOMO, *et al.* : CIVIL ACTION
:
v. :
:
SCOTTSDALE INSURANCE COMPANY : NO. 10-709

**O R D E R**

AND NOW, this 24th day of January 2011, upon consideration of the defendant's motion for summary judgment and the response thereto, IT IS ORDERED:

That the motion is GRANTED. Judgment is entered IN FAVOR OF Defendant, SCOTTSDALE INSURANCE COMPANY, and AGAINST Plaintiffs, GERALD DIGIACOMO AND ANTHONY LYNCH, INDIVIDUALLY AND AS AGENTS FOR RICHMOND INDUSTRIAL PARK, LLC on the Complaint and the Counterclaim. There is no insurance coverage available to Plaintiffs under the defendant's policies issued to Conrad Stipp for Philadelphia Code violations, Clean Stream Law Violations, or Solid Waste Management Act violations outlined in the December 22, 2008 claim letter. The Clerk is directed to mark the case-file CLOSED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.